WILLIAM GOODMAN et al., Appellants, *v.* MORRIS B. EVENS, Respondent.

*Real property — covenants — action to restrain erection of apartment house — when complaint properly dismissed.*

*Goodman* v. *Evens*, 209 App. Div. 828, affirmed.

(Argued January 29, 1925; decided February 25, 1925.)

APPEAL from a judgment, entered June 4, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought to restrain defendant from erecting an apartment house upon land abutting on President street in the borough of Brooklyn and was predicated upon the claim that a plan of restriction against the erection of apartment houses on President street was created by the Eastern Parkway Company, the common grantor of all the parties to this suit, partly by covenants inserted in several deeds and partly by an extensive newspaper advertising campaign conducted by the company. The deeds of the defendant and his immediate grantor contained no mention of the plan of restriction created by the said Eastern Parkway Company. The trial justice, however, found that they both had knowledge of the plan sufficient to bind them thereto in equity.

*Nathan D. Shapiro* for appellants.

*Robert H. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: McLAUGHLIN, J.